BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY L. PEARSON**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV-08-3042 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 12, 2009, to November 12, 2009 . This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1
2  Dated: October 13, 2009                    */s/Bess M. Brewer*
3                                              BESS M. BREWER
                                               Attorney at Law
4                                              Attorney for Plaintiff
5
6
7  Dated: October 13, 2009                    Lawrence G. Brown
8                                              Acting United States Attorney

                                               /s/ *Elizabeth Firer*
9                                              ELIZABETH FIRER
                                               Special Assistant U.S. Attorney
10                                             Social Security Administration
11                                             Attorney for Defendant
12
13                              **ORDER**
14 APPROVED AND SO ORDERED.
15 DATED: October 16, 2009
16                              /s/ Gregory G. Hollows
17                              GREGORY G. HOLLOWS
18                              U.S. MAGISTRATE JUDGE
19 pearson.eot2
20
21
22
23
24
25
26
27
28